## U.S. Bankruptcy Court
### Southern District of Illinois

In re:

                                                       Bankruptcy Case No. **19–31474–lkg**

                                                       Chapter: **7**

**JAMIE L. BRUCKER AND ANGELA JANE BRUCKER**
        Debtor

                                                       Adversary Proceeding No. **20–03052–lkg**

**NANCY J GARGULA**
        Plaintiff

v.
**DEIGHAN LAW LLC**
**RONALD ALLAN BUCH**
        Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

*Address of Clerk:*
  Clerk, U.S. Bankruptcy Court
  Southern District of Illinois
  750 Missouri Ave
  East St Louis, IL 62201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

*Name and Address of Plaintiff's Attorney:*
  Mark D Skaggs
  401 Main St
  Suite 1100
  Peoria, IL 61602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:
**11/23/2020**

Donna N. Beyersdorfer
Clerk of Court

**CERTIFICATE OF SERVICE**

I, __Mark D. Skaggs__ (name), certify that service of this summons and a copy of the complaint was made __November 23, 2020__ (date) by:

[ X ]  Mail Service – Regular, first class United States mail, postage fully pre–paid, addressed to:
   Deighan Law LLC, 79 West Monroe Street, 10th Floor, Chicago, IL  60603
   Ronald Allan Buch, 5312 West Main Street, Belleville, IL  62226

[  ]  Personal Service – By leaving the process with the defendant or with an officer or agent of defendant at:

[  ]  Residence Service – By leaving the process with the following adult at:

[  ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[  ]  Publication – The defendant was served as follows: [Describe briefly]

[  ]  State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__11/23/2020__                              */s/ Mark D. Skaggs*
*Date*                                              *Signature*

| | |
|---|---|
| **Print Name** | Mark D. Skaggs, Office of the United States Trustee, United States Department of Justice |
| **Business Address** | 401 Main Street, Suite 1100 |
| **City** Peoria  **State** Illinois  **ZIP** 61602 | |

**continued caption:**

**Listing Of Plaintiff Names:**

Nancy J Gargula
Office of the United States Trustees
401 Main Steet, Room 1100
Peoria, IL 61602

**Listing Of Defendant Names:**

Deighan Law LLC
UpRight Law LLC
79 West Monroe Street
10th Floor
Chicago, IL 60603

Ronald Allan Buch
5312 West Main Street
Belleville, IL 62226